**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: June 16, 2014 |
| Court Reporter: Janet Coppock | Time: 26 minutes |
| Probation Officer: Justine Kozak and Kyla Hamilton | Interpreter: n/a |

**CASE NO. 13-CR-00222-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | James Candaleria |
| | IRS Agent Elliott Salazar |
| Plaintiff, | |
| vs. | |
| **TERESA A. DIETZENBACH,** | Jan Kramer |
| Defendant. | |

**SENTENCING**

**1:32 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.  The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Ms. Kramer in support of the defendant's Motion for a Sentence Outside the Advisory Guideline Range and comments addressing sentencing.

Page Two
13-CR-00222-PAB
June 16, 2014

Argument by Mr. Candelaria and comments addressing sentencing.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for a Sentence Outside the Advisory Guideline Range [Docket No. 44], is **GRANTED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered her plea on **March 13, 2014** to count **Three of the Indictment.**

**ORDERED:**  Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be placed on probation for a period of **5** years.

**ORDERED:  Conditions** of Probation are that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED:  Special Condition** of Probation are that:
- (**X**) Defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding federal and state income taxes.  This includes resolution of any tax arrearages as well as continued compliance with federal and state laws regarding the filing of taxes.
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

Page Three
13-CR-00222-PAB
June 16, 2014

- (**X**)  If the defendant has an outstanding financial obligation, the probation officer may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.
- (**X**)  The defendant shall document all income or compensation generated or received from any source and shall provide such information to the probation officer as requested.
- (**X**)  All employment for the defendant shall be approved in advance by the supervising probation officer.
- (**X**)  Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**)  The **special assessment/restitution/fine** obligations are due immediately.  Any unpaid balances upon release from incarceration shall be paid in monthly installment payments during the term of supervised release.  The monthly installment payment will be calculated as at lease 10 percent of the defendant's gross monthly wages.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Pursuant to 18 U.S.C. § 3563(b)(2), it is ordered that the defendant shall make **restitution** as follows:

| Name/Address of Victim | Amount |
|---|---|
| Internal Revenue Service-RACS<br>Attn: Mail Stop 6261<br>333 W. Pershing Avenue<br>Kansas City, MO 64108 | **$378,648.00** |

**ORDERED:**  Interest on restitution is **WAIVED**.

**ORDERED:**  Counts One, Two, Four and Five of the Indictment are **DISMISSED.** Government shall file the appropriate motion and proposed order.

Page Four
13-CR-00222-PAB
June 16, 2014

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Bond is exonerated.

**1:58 p.m.    COURT IN RECESS**

**Total in court time:   26 minutes**

**Hearing concluded**