IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00222-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TERESA A, DIETZENBACH

    Defendant.

---

### ORDER

---

This matter is before the Court on the Government's Motion to Dismiss Counts 1, 2, 4, and 5 of the Indictment [Docket No. 49]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Counts 1, 2, 4, and 5 of the Indictment [Docket No. 49] is granted. Counts 1, 2, 4, and 5 of the Indictment are dismissed.

DATED   June 20, 2014.

                                    BY THE COURT:

                                    PHILIP A. BRIMMER
                                    United States District Judge